### S. W. BAILEY ET AL. v. M. A. MIEARS.

(No. 1533, Op. Book No. 3, p. 439.)

APPEAL from Lamar County.    Opinion by HURT, J.

§ 84. *Property in custody of the law when delivered on claim bond.* Property which has been levied upon under process, and delivered to a claimant who has executed a bond therefor under the statute providing for the trial of the right of property, is *in custodia legis* and not subject to a subsequent levy of process against the defendant in the first process. [Freeman on Judgments, 187; Acker v. White, 25 Wend. 614; Rhines v. Phelps, 3 Gilm. 455; Selleck v. Phelps, 11 Wis. 380; Hagan v. Lucas, 10 Pet. 400.]

December 18, 1880.    Affirmed.